SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
MICHELLE Y. McISAAC  Bar No. 215294
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

POSWALL, WHITE & CUTLER
R. PARKER WHITE  Bar No. 95579
1001 G Street, Suite 301
Sacramento, California 95814
Telephone: (916) 449-1300
Facsimile:  (916) 449-1320

Attorneys for Plaintiff
DONALD DOWNS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOWNS,<br><br>         Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 30, inclusive,<br><br>         Defendants. | CASE NO.  2:08-CV-02590-FCD-DAD<br><br>STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Donald Downs and defendant Hartford Life and Accident Insurance Company, by and through their respective attorneys of record herein, that this entire action, including the complaint, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: January __, 2009 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: _____
MICHELLE Y. MCISAAC
Attorneys For Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DATED: January __, 2009           POSWALL, WHITE & CUTLER

By:_____
R. PARKER WHITE
Attorneys for Plaintiff
DONALD DOWNS

### ORDER

Pursuant to the Stipulation above, the entire action, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 24, 2009                _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE